

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| TONY RAY PLUMLEE, | § | No. 08-13-00033-CR |
| Appellant, | § | Appeal from the |
| v. | § | 355th Judicial District Court |
| THE STATE OF TEXAS, | § | of Hood County, Texas |
| Appellee. | § | (TC#CR 12202) |

## J U D G M E N T

The Court has considered this cause on the record and concludes the judgment of

conviction should be reformed to reflect a $10,000.00 fine.  We therefore affirm the judgment of

the trial court as reformed.  This decision shall be certified below for observance.

IT IS SO ORDERED THIS 6TH DAY OF DECEMBER, 2013.


YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.